■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE SISCO, Appellant. [628 NYS2d 526] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated April 13, 1992 *(People v Sisco,* 182 AD2d 1149), affirming a sentence of the Supreme Court, Queens County, imposed July 11, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes, 463 US 745).* Mangano, P. J., Thompson, Ritter and Copertino, JJ., concur.